UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH ERICKSON,<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:15-cv-00069-MMD-WGC<br><br>ORDER |

The Court directed petitioner to either pay the filing fee or to file an application to proceed *in forma pauperis*. (Dkt. no. 5.) Petitioner has not complied with the Court's order within the allotted time, and the Court will dismiss this action.

Reasonable jurists would not find the Court's conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that this action is dismissed without prejudice for plaintiff's failure to comply with the Court's order. The Clerk of the Court shall enter judgment accordingly.

It is further ordered that no certificate of appealability shall issue.

It is further ordered that the Clerk shall add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

It is further ordered that the Clerk shall electronically serve upon respondents a copy of this order. No response is necessary.

DATED THIS 8th day of March 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE